IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-cr-30009 |
| JOSH BEECHLER, | ) |
| Defendant. | ) |

## **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Now comes the Defendant, Joshua Beechler, by his attorney, D. Peter Wise of Gates, Wise, Schlosser & Goebel, and moves this Honorable Court to continue the sentencing hearing in this case and as grounds for said motion states as follows:

1. A sentencing hearing is set in this case on Friday, May 27, 2022, at 2:30 p.m. before Judge Sue Myerscough.

2. Mr. Beechler has an agreement with the government and both the government and Mr. Beechler and his counsel believe that it is in the best interest of Mr. Beechler that he meet the obligations of this agreement before he is sentenced.

3. Additionally, the parties have worked out an agreement that will allow Josh Beechler to enter in-patient treatment prior to sentencing.

4. The government, through Assistant United States Attorney

1

Tanner Jacobs has no objection to Josh Beechler's Motion to Continue.

5. Therefore, Mr. Beechler requests that this Honorable Court continue his currently scheduled sentencing hearing for 60 days.

6. The ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

Wherefore, the Defendant, Josh Beechler, prays this Honorable Court enter an Order continuing the sentencing hearing in the above captioned case.

Respectfully submitted,
Josh Beechler - Defendant

**s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Tanner Jacobs
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Tanner.jacobs@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com