IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-cr-30009 |
| JOSH BEECHLER, | ) |
| Defendant. | ) |

**<u>UNOPPOSED MOTION TO MODIFY ORDER OF DETENTION</u>**

Now Comes Defendant, JOSH BEECHLER, by and through his attorney D. Peter Wise, of Gates Wise Schlosser & Goebel, and moves to modify the order of detention entered on February 19, 2021, stating as follows:

1. On February 3, 2021, Josh Beechler was indicted in the Central District of Illinois with the offenses of Count 1, Conspiracy to Commit Escape of Prisoners in Custody of Institution, Count 2, Conspiracy to Present Contraband in Prison, and Count 11, Providing or Attempting to Provide Contraband in Prison.

2. On February 19, 2021, Magistrate Judge Thomas Schanzle-

Haskins entered an order detaining Josh Beechler without bond pending all further proceedings in his case.

3. On January 25, 2022, Josh Beechler appeared before Magistrate Judge Thomas Schanzle-Haskins and pled guilty to Counts 1, 2 and 11.

4. On January 25, 2022, Magistrate Judge Thomas Schanzle-Haskins ordered an expedited presentence report so that Josh Beechler's sentencing hearing could be expedited due to the possibility that his USSG guideline range could result in a time served sentence

5. Josh Beechler's sentencing was scheduled for May 27, 2022.

6. A PSR was prepared by the United States Probation Office. Josh Beechler's total offense level was calculated to be 11. His criminal history category was calculated to be IV. These calculations yielded a guideline range of 18 to 24 months.

7. Josh Beechler and the government resolved all objections to the presentence report.

8. As of July, 6, 2022, Josh Beechler has been in custody pending the resolution of his case for 18 months and one week.

9. The May 27th sentencing hearing was continued by agreement of the parties. One condition of the agreement to continue the sentencing hearing was that the order detaining Josh Beechler without bond would be modified to allow him to be released on bond so that he could participate in a much needed drug treatment/substance abuse program.

10. Josh Beechler's current sentencing date is Aug 8, 2022.

11. Counsel for Josh Beechler has conferred with United States Probation Office regarding a drug treatment program for Josh Beechler. The United States Probation Office has indicated that before Josh Beechler can be placed in a substance abuse/drug treatment program he must be released on bond.

12. Assistant United States Attorney Tanner Jacobs has no objection to the modification of the previously entered detention order so that Josh Beechler is released on an unsecured recognizance bond. The modified order would require that he be released to the home of

his wife, Angel Beechler, 3430 North Peoria Road, Lot #167, Springfield, Illinois 62702.

13. Upon his release on bond, the United States Probation Office will place Josh Beechler in an appropriate substance abuse/drug treatment program.

Wherefore, Josh Beechler prays for an order modifying his detention order so that he is released on an unsecured recognizance bond to the home of Angel Bechler, located at 3430 North Peoria Road, Lot #167, Springfield, Illinois 62702, so that he can participate in a substance abuse/drug treatment program as directed by the United States Probation Office.

Respectfully submitted,
Josh Beechler - Defendant

**s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 11, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Tanner Jacobs
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
tanner.jacobs@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com